IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREGORY BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | 2:14-cv-01669 SLB |
| CREDIT BUREAU OF BESSEMER, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** your Plaintiff Gregory Bailey and Defendant Credit Bureau of Bessemer, by and through their respective undersigned counsel, and hereby stipulate and request this Honorable Court to dismiss with prejudice the Complaint and all of Plaintiff's claims asserted against Credit Bureau of Bessemer in this matter, with costs taxed as paid.

Respectfully submitted this 22 day of October, 2014.

_____
S. Scott Allums
S. Scott Allums, PC
506 18th Street North
Bessemer, Alabama 35020
Telephone: (205) 426-7080
Facsimile: (888) 341-6040
**Attorney for Plaintiff**

_____
M. Jansen Voss
Scott, Sullivan, Streetman, & Fox P.C.
3450 Valleydale Rd
Birmingham, Alabama 35244-2015
Telephone: (205) 967-9675
Facsimile: (205) 967-7563
**Attorney for Defendant**